### ESTES, guardian, *v.* ESTES.

ATKINSON, J. 1. Assignments of error in a bill of exceptions which are not referred to in the brief of counsel for plaintiff in error will be treated as abandoned.

2. On the trial of an issue involving insanity, whether or not a witness laid the foundation for testifying as an expert, a ruling that he had not done so will not cause a reversal, where the same witness was subsequently allowed to give substantially the same evidence which was excluded at the time the ruling was made.

3. There was no error in granting a nonsuit.

　　*Judgment affirmed. Beck, J., absent. The other Justices concur.*

　　　　　　　　　AUGUST 19, 1911.

Annulment of marriage. Before Judge Charlton. Chatham superior court. January 27, 1910.

*J. R. Walker, A. B. Estes,* and *Hitch & Denmark,* for plaintiff.

*O'Byrne, Hartridge & Wright* and *Travis & Travis,* for defendant.